



**FREE**          **Refreshments**          **Door prizes**

# UPandOUT 3rd Thursdays, free film series

## Showing

**Thursday, July 19**

**6:40pm** doors open

**7pm** film starts promptly

243 Broadway, Cambridge
corner of Broadway & Windsor, entrance on Windsor



Next up, Aug 16: *Burning the Future: Coal in America*
(the devastating impact of our addiction to coal)

### Bloody Thursday [60 min]

**Synopsis**

*Bloody Thursday* tells the story of how West Coast dockworkers overcame huge obstacles to form their union, the ILWU.

Set in the midst of the Great Depression, the film shows how longshoremen were fighting for their rights at the same time that most of their families weren't sure where their next meal would come from. The odds were stacked against the longshoremen.

Mainstream newspaper publishers, fearful of unionization efforts at their own papers, launched brutal attacks against the dockworkers and drove public sympathy against them. In addition, politicians and the police openly used their resources to side with the shipping companies against the striking dockworkers.

Bloody Thursday tells the human stories of the dockworkers who stood up against these odds and changed the course of American labor history.

"This strike is the best thing that ever happened to San Francisco. We have lost millions on the waterfront in the last few months. But it's a good investment, a marvelous investment. It's solving the labor problem for years to come. Mark my words. When this nonsense is out of the way and the men have been driven back to their jobs, we won't have to worry about them anymore." ~William H. Crocker, prominent SF banker

"*An Injury to One is an Injury to All*" Rallying cry of the Wobblies [IWW], and the name of a sculpture at the corner of Mission & Steuart Streets, San Francisco

Film screenings: 243 Broadway, Cambridge          UPandOUT.org          617-864-3322