*Nancy E. Glowa*
*City Solicitor*

*Arthur J. Goldberg*
*Deputy City Solicitor*

*Vali Buland*
*First Assistant City Solicitor*



<u>*Assistant City Solicitors*</u>

*Paul S. Kawai*
*Elizabeth A. Lashway*
*Samuel A. Aylesworth*
*Amy L. Witts*

# CITY OF CAMBRIDGE
Office of the City Solicitor
795 Massachusetts Avenue
Cambridge, Massachusetts  02139

March 13, 2013

Richard A. Johnston, Esq.
WILMERHALE
60 State Street
Boston, MA  02109

Re:   **Leafleting on Motor Vehicles**
      <u>**Response to Threatened Challenge to Cambridge Ordinance §9.040.050**</u>

Dear Attorney Johnston:

I am in receipt of your letter and draft Complaint dated February 21, 2013 wherein you allege that on behalf of your client, Paula F. Soto, you intend to bring a legal challenge to the constitutional validity of Cambridge Ordinance §9.040.050 that prohibits leafleting in the City of Cambridge absent authorization from the City Manager or his or her designee. Having reviewed your letter and draft Complaint the City maintains its position that its ordinance is presumptively valid and as such the City is required to enforce it.

Thank you and if you have any further questions, please feel free to contact me.

Very truly yours,

Nancy E. Glowa