**Attachment to Civil Cover Sheet**

**Paula F. Soto v. City of Cambridge**

**I. (c) Attorneys for Plaintiff:**

Richard A. Johnston
Kevin S. Prussia
Thaila K. Sundaresan
Julia M. Ong
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000

Matthew R. Segal
American Civil Liberties Union of Massachusetts
211 Congress Street, 3rd Floor
Boston, MA 02110
Telephone: 617-482-3170