AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| PAULA F. SOTO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-10822 |
| CITY OF CAMBRIDGE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paula F. Soto, Plaintiff                                                                .

Date:  04/17/2013                                                 /s/ Julia M. Ong
                                                                           *Attorney's signature*

                                                        Julia M. Ong (BBO # 658014)
                                                           *Printed name and bar number*

                                                    Wilmer Cutler Pickering Hale and Dorr, LLP
                                                                     60 State Street
                                                                  Boston, MA 02109
                                                                         *Address*

                                                          julia.ong@wilmerhale.com
                                                                   *E-mail address*

                                                                  (617) 526-6000
                                                                *Telephone number*

                                                                  (617) 526-5000
                                                                    *FAX number*