AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| PAULA F. SOTO )<br>*Plaintiff* )<br>v. )<br>CITY OF CAMBRIDGE )<br>*Defendant* ) | Case No. 13-10822 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paula F. Soto, Plaintiff.

Date:  04/17/2013

/s/ Richard A. Johnston
*Attorney's signature*

Richard A. Johnston (BBO# 253420)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
*Address*

richard.johnston@wilmerhale.com
*E-mail address*

(617) 526-6000
*Telephone number*

(617) 526-5000
*FAX number*

## CERTIFICATE OF SERVICE

     I, Richard A. Johnston, hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on April 17, 2013.

                                               /s/ Richard A. Johnston

                                               Richard A. Johnston