# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAULA F. SOTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-10822 |
| ) | |
| CITY OF CAMBRIDGE, ) | |
| ) | |
| Defendant. ) | |

## Certificate of Service

    I, Julia M. Ong, hereby certify that the Notice of Appearance filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to the those indicated as non-registered participants on April 17, 2013.


                                                                                                        /s/ Julia M. Ong

                                                                                                       Julia M. Ong