# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA FRANCES SOTO | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:13-CV-10822-MLW |
| CITY OF CAMBRIDGE | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    City of Cambridge
    City Hall
    795 Massachusetts Avenue
    Cambridge, MA 02139

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ⸺ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⸺ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

    Kevin S. Prussia, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Mass. 02109

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Kimberly M. Abaid**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON** 2013-04-10 12:26:51.0, Acting Clerk USDC DMA

Civil Action No.: **1:13-CV-10822-MLW**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.


_____                    _____
Date                                        *Server's Signature*

                                           _____
                                           *Printed name and title*


                                           _____
                                           *Server's Address*

Additional information regarding attempted service, etc:



**Middlesex Sheriff's Office** • Civil Division, P.O. Box 410180, Cambridge, MA 02141-0002 • (617) 547-1171

*Middlesex, ss.*

April 17, 2013

I hereby certify and return that on 4/16/2013 at 2:25 PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND EXIBITS in this action in the following manner: To wit, by delivering in hand to BERNADETTE VALENTIA , agent, person in charge at the time of service for CITY OF CAMBRIDGE, at CITY HALL 795 MASSACHUSETTS AVENUE Cambridge, MA 02139 . Fees: Attest ($5.00) Basic Service Fee ($30.00) Postage and Handling ($1.00) Travel ($1.28) Conveyance ($0.60) Total: $37.88

_____
Deputy Sheriff