# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| PAULA F. SOTO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-10822 |
| CITY OF CAMBRIDGE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paula F. Soto, Plaintiff                                                              .

Date: 02/25/2014

/s/ Thaila Sundaresan
*Attorney's signature*

Thaila Sundaresan (BBO# 683616)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
*Address*

thaila.sundaresan@wilmerhale.com
*E-mail address*

(617) 526-6000
*Telephone number*

(617) 526-5000
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA F. SOTO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-10822 |
| CITY OF CAMBRIDGE, | ) ) ) |
| Defendant. | ) ) |

### Certificate of Service

    I, Thaila K. Sundaresan, hereby certify that the Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to the those indicated as non-registered participants on February 25, 2014.

                                          /s/ Thaila K. Sundaresan

                                          Thaila K. Sundaresan