UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA F. SOTO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF CAMBRIDGE,<br><br>　　　　Defendant. | C.A. No.13-10822 |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

I certify that counsel for the Plaintiff, Paula F. Soto, has conferred with Ms. Soto:

(a) with a view of establishing a budget for the costs of conducting the full course and alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Paula F. Soto, Plaintiff

_____
Richard A. Johnston (BBO# 253420)
Kevin S. Prussia (BBO# 666813)
Thaila K. Sundaresan (BBO# 683616)
Julia M. Ong (BBO# 658014)
WILMER CUTLER PICKERING
 HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
richard.johnston@wilmerhale.com
kevin.prussia@wilmerhale.com
thaila.sundaresan@wilmerhale.com
julia.ong@wilmerhale.com

ActiveUS 125934360v.1