UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAULA F. SOTO, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 13-10822 |
| CITY OF CAMBRIDGE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 16, 2014, the parties report that the Cambridge City Council met on Monday, May 5, 2014 and referred the review of Cambridge Municipal Code Section § 9.04.050 (the "Ordinance"), at issue in the above-captioned matter, to the Ordinance Committee of the City Council.  The Ordinance Committee has scheduled a meeting for Wednesday, June 18th at 5:30 p.m. to discuss the Ordinance.

The parties have conferred about the two questions the Court asked the parties to consider; namely: 1) whether, pending the outcome of the City Council's review of the Ordinance, the City will suspend enforcement of the Ordinance; and 2) whether this matter should be stayed pending the outcome of the City Council's review.  As to the first question, the City will not suspend enforcement of the Ordinance; as to the second question, the parties are unable to come to an agreement.  Therefore, the parties submit that this matter should proceed pursuant to the timeframes established in the Court's Scheduling Order dated April 16, 2014.

*Respectfully submitted*,

May 12, 2014

/s/ Julia M. Ong
------------------
Richard A. Johnston (BBO# 253420)
Kevin S. Prussia (BBO# 666813)
Thaila K. Sundaresan (BBO# 683616)
Julia M. Ong (BBO# 685014)
WILMER CUTLER PICKERING
 HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
richard.johnston@wilmerhale.com
kevin.prussia@wilmerhale.com
thaila.sundaresan@wilmerhale.com
julia.ong@wilmerhale.com

Of Counsel:
Matthew R. Segal (BBO# 654489)
AMERICAN CIVIL LIBERTIES UNION
 OF MASSACHUSETTS
211 Congress Street, 3rd Floor
Boston, MA  02110
Telephone:  617-482-3170
Facsimile:  617-451-0009
msegal@aclum.org
*Attorneys for Plaintiff Paula F. Soto*

 /s/ Amy L. Witts
------------------
Amy L. Witts (BBO #657966)
Cambridge Law Department
Cambridge City Hall
795 Massachusetts Avenue
Cambridge, MA 02139
Tel:  (617) 349-4121
awitts@cambridgema.gov
*Counsel for Defendant City of Cambridge*

**CERTIFICATE OF SERVICE**

      I, Julia M. Ong, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 12th day of May, 2014.

                                                                              /s/ Julia M. Ong_____
                                                                           Julia M. Ong (BBO# 685014)