UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA F. SOTO, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 13-10822 |
| CITY OF CAMBRIDGE, | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of Court:

Pursuant to Local Rule 83.5.2(c), please withdraw my appearance as counsel on behalf of the Defendant, City of Cambridge. Attorney Arthur Goldberg has a notice of appearance on behalf of the Defendant on record.

    /s/ Amy L. Witts
Amy L. Witts, Esq. (BBO No. 657966)
City of Cambridge Law Department
Cambridge City Hall
795 Massachusetts Avenue
Cambridge, MA  02139
(617) 349-4121

Dated: May 22, 2014

**CERTIFICATE OF SERVICE**

I, Amy L. Witts, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 22nd day of May, 2014.

    /s/ Amy L. Witts
Amy L. Witts