UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                             )
                             )
PAULA F. SOTO,               )
      Plaintiff,             )
                             )
                             )
v.                           )     C.A. No. 13-10822
                             )
                             )
CITY OF CAMBRIDGE,           )
      Defendant.             )
                             )
_____)
```

## NOTICE OF APPEARANCE

Please enter the appearance of Samuel A. Aylesworth as attorney for the Defendant City of Cambridge in the above titled matter.

                    Respectfully submitted,
                    CITY OF CAMBRIDGE,
                    By its Attorney,

                    /s/ Samuel A. Aylesworth_____
                    Samuel A. Aylesworth, BBO #645057
                    Asst. City Solicitor
                    Law Department – City Hall
                    795 Massachusetts Avenue
                    Cambridge, MA 02139
                    (617) 349-4121
                    saylesworth@cambridgema.gov

Dated:       June 25, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on any counsel of record unable to accept electronic filing. Notice of this filing will be

sent by e-mail to all parties of record by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated:          June 25, 2014                              /s/ Samuel A. Aylesworth