**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| PAULA F. SOTO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 13-10822 |
| CITY OF CAMBRIDGE, | ) ) ) | |
| Defendant. | ) ) | |

**PROPOSED ORDER**

AND NOW, this ___ day of ____, 2014, Plaintiff Paula F. Soto ("Soto") having moved pursuant to Fed. R. Civ. P. 15(a) for leave to amend her complaint, and the Court having considered Soto's motion; IT IS ORDERED that Soto's motion is GRANTED, and Soto may file her First Amended Complaint.

_____
Judge Judith Gail Dein
United States Magistrate Judge