UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAULA F. SOTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 13-10822-JGD |
| CITY OF CAMBRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION TO ATTORNEY GENERAL
## PURSUANT TO 28 U.S.C. § 2403(b)

In accordance with 28 U.S.C. § 2403(b), this court certifies to the Attorney General of the State of Massachusetts that the constitutionality of Mass. Gen. Laws ch. 266, § 126 has been challenged by plaintiff Paula F. Soto.  Specifically, Soto asserts that the City of Cambridge has adopted a policy of prohibiting the placement of leaflets on automobiles. In enforcing this Policy, the City relies on Mass. Gen. Laws ch. 266, § 126.1.[1]  Soto contends that Section 126 does not explicitly prohibit the placement of leaflets on automobiles and that, notwithstanding, the City of Cambridge's policy violates her rights to free speech under the First Amendment to the United States Constitution and Article XVI of the Massachusetts Declaration of Rights.

This court notes that Soto mailed a copy of her Rule 5.1 Notice of Possible Constitutional Question to the Massachusetts Attorney General, in accordance with Fed. R. Civ. P. 5.1(a)(2), on August 26, 2014.  (See Docket No. 34).  In accordance with Fed.

---

[1] The City also relies on City of Cambridge Ordinance, § 9.04.050.

R. Civ. P. 5.1, the Attorney General may intervene in this action within sixty (60) days

after the notice is filed or after the court certifies the challenge, whichever is earlier.

   / s / Judith Gail Dein
Judith Gail Dein
U.S. Magistrate Judge

DATED:  September 4, 2014