UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAULA F. SOTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 13-10822-JGD |
| CITY OF CAMBRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

# SCHEDULING ORDER

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall comply with the following schedule:

   a. The parties shall complete all fact discovery by **January 15, 2015**.

   b. Any motions for summary judgment shall be filed by **March 15, 2015**.

2. The next status conference shall take place on **January 12, 2015 at 3:00 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

   (i) the status of the case;
   (ii) scheduling for the remainder of the case through trial; and
   (iii) the use of alternative dispute resolution ("ADR") programs.

4. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above.

With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

/ s / Judith Gail Dein<br>Judith Gail Dein<br>United States Magistrate Judge

DATED: September 8, 2014