**WILMERHALE**

Thaila Sundaresan

+1 617 526 6990 (t)
+1 617 526 5000 (f)
thaila.sundaresan@wilmerhale.com

October 2, 2014

The Honorable Judith G. Dein
U.S. District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: *Paula F. Soto v. City of Cambridge*, U.S.D.C., C.A. No. 13-10822-JGD

Dear Judge Dein:

On August 26, we filed with the Court a Notice of Possible Constitution Question under Fed. R. Civ. 5.1, and provided a courtesy copy to the Attorney General. At the Status Conference on September 8, your Honor had inquired whether the Attorney General had elected to intervene, and had asked to be kept apprised of any updates from that office.

Today, I received the attached letter from the Attorney General's office. The office has declined to intervene in the case.

Respectfully,

/s/Thaila Sundaresan

Thaila Sundaresan