## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAULA F. SOTO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.13-10822 |
| CITY OF CAMBRIDGE, | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT CITY OF CAMBRIDGE'S
### L.R. 7.1 CERTIFICATE OF COMPLIANCE
### IN CONNECTION WITH ITS MOTION TO STAY

Counsel for the Defendant City of Cambridge (the "City") hereby certifies that he conferred with the attorney for the Plaintiff Paula F. Soto and attempted in good-faith to resolve or narrow the issues presented by the City's Motion to Stay.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, the Defendants hereby request that the City's Motion to Stay be set for oral argument.

Dated: March 15, 2015

*Respectfully submitted*,
s/ Samuel A. Aylesworth_____
Samuel A. Aylesworth (BBO #645057)
Asst. City Solicitor
Law Department – City Hall
795 Massachusetts Avenue
Cambridge, MA 02139
(617) 349-4121
saylesworth@cambridgema.gov

*Counsel for Defendant City of Cambridge*

1

## CERTIFICATE OF SERVICE

    I, Samuel A. Aylesworth, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of March 2015.

                                            s/ Samuel A. Aylesworth