# EXHIBIT A

# WILMERHALE

March 17, 2015

**By E-mail and First Class Mail**

Julia M. Ong

+1 617 526 6744 (t)
+1 617 526 5000 (f)
julia.ong@wilmerhale.com

Samuel Aylesworth
Assistant City Solicitor
City of Cambridge Law Department
Cambridge City Hall
795 Massachusetts Avenue
Cambridge, MA 02139

Re: Paula F. Soto v. City of Cambridge, No. 13-cv-10822-JGD

Dear Sam:

The City has represented that amendments to the Ordinance have been presented to the City Council that might render this action "moot." Dkt. 47 at 2. We understand that those amendments comprise the following:

(1)  Amend Section 9.04.050(A) to add the words "public property" by inserting the phrase "including without limitations motor vehicles" and by deleting the final clause which reads "or on private property without the consent of the owner or occupant thereof."

(2)  Insert a new section 9.04.051 "Attaching Commercial Notices to Private Property Not Allowed."

Please explain how these proposed amendments to the Ordinance will render this action moot.

Please provide a response by close of business tomorrow.

Sincerely,

Julia M. Ong

cc: Kevin S. Prussia, Esq.
    Matthew R. Segal, Esq.