# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAULA F. SOTO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.13-10822 |
| | ) | |
| CITY OF CAMBRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT CITY OF CAMBRIDGE'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF PAULA F. SOTO'S OPPOSITION TO MOTION TO STAY

Defendant, City of Cambridge (the "City") respectfully requests pursuant to Loc. R. 7.1(b)(3) that the Court grant the City leave to file a reply to the Plaintiff Paula F. Soto's ("Soto's") opposition to the City's motion to stay. In support of this request, the City states that leave would be appropriate in order to allow the City to address legal and factual issues raised for the first time by the Plaintiff. It would also allow the City an opportunity to redress certain characterizations of the fact record made by the Plaintiff in order to provide the Court with a better understanding of the issues presented by the City's motion to stay.

WHEREFORE, the City respectfully requests that this Honorable Court grant the City leave to file a reply which is attached to the instant motion.

1

*Respectfully submitted*,

s/ Samuel A. Aylesworth
Samuel A. Aylesworth (BBO #645057)
Asst. City Solicitor
Law Department – City Hall
795 Massachusetts Avenue
Cambridge, MA 02139
(617) 349-4121
saylesworth@cambridgema.gov

Dated: March 31, 2015

*Counsel for Defendant City of Cambridge*


## CERTIFICATE OF SERVICE

I, Samuel A. Aylesworth, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of March 2015.

s/ Samuel A. Aylesworth

ActiveUS 126119722v.1