UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAULA F. SOTO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.13-10822 |
| CITY OF CAMBRIDGE, | ) ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF ATTORNEY SAMUEL AYLESWORTH IN SUPPORT OF DEFENDANT CITY OF CAMBRIDGE'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY**

I, Samuel A. Aylesworth, an attorney for the City of Cambridge (the "City") in this matter, hereby certify that the following statements are true and accurate to the best of my knowledge, belief, and records:

1. A week after referral of the proposed amendments to the Ordinance Committee, on March 9, 2015, I telephoned Plaintiff's counsel to discuss the pendency of the proposed amendments and to discuss the City's proposal to seek a stay of the lawsuit pending the City Council's consideration of the proposed amendments consistent with the Plaintiff counsel's representations about settling this matter.

2. Plaintiff's counsel never returned the call.

3. On March 12, 2015, I reached out to Plaintiff's counsel via email regarding the same; again, without response.

4. On March 13, 2015, the following day, I called again with no response.

1

5. It was not until I forwarded a proposed assented-to motion to stay to Plaintiff's counsel did Plaintiff's counsel finally respond but only with the statement "[o]ur client does not assent to the City's proposed motion to stay."

6. Plaintiff's counsel failed to respond to a follow-up email asking for an explanation as to why the Plaintiff would not assent.

THE FOREGOING STATEMENTS ARE MADE UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 31st DAY OF March 2015.

                                                    s/ Samuel A. Aylesworth_____

**CERTIFICATE OF SERVICE**

I, Samuel A. Aylesworth, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of March 2015.

                                                    s/ Samuel A. Aylesworth_____