IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA F. SOTO,<br><br>         Plaintiff,<br>    v.<br>CITY OF CAMBRIDGE,<br><br>         Defendant. | Civil Action No. 1:13-cv-10822-JGD |

## NOTICE OF WITHDRAWAL

The below signed hereby withdraws her appearance for Paula F. Soto.  Paula F. Soto continues to be represented by the undersigned's co-counsel.

        Respectfully submitted,

        PAULA F. SOTO

        By its attorneys,

        /s/ Thaila K. Sundaresan
        Thaila K. Sundaresan, Esq. (BBO #683616)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        thaila.sundaresan@wilmerhale.com

Dated:  May 20, 2015

- 2 -

**CERTIFICATE OF SERVICE**

     I, Thaila K. Sundaresan, hereby certify that on May 20, 2015, I caused a true copy of the above document to be served upon the attorneys for defendant City of Cambridge by electronic mail.

                            /s/ Thaila K. Sundaresan
                            Thaila K. Sundaresan