# EXHIBIT

# A



ORDINANCE NUMBER 1367

Final Publication Number 3364. First Publication in the Chronicle on May 7, 2015.

City of Cambridge

In the Year Two Thousand and Fifteen

AN ORDINANCE

In amendment to the Ordinance entitled "Municipal Code of the City of Cambridge"

Be it ordained by the City Council of the City of Cambridge that the Municipal Ordinances of the City of Cambridge be amended:

That Chapter 9.04 "Offenses Against Property" be amended as follows.

Section 9.04.0505A is deleted in its entirety and a new section 9.04.050A be inserted which reads as follows:

9:04.050A No person shall post or attach, or directly or indirectly cause to be posted or attached in any manner, any handbill, poster, advertisement or notice of any kind on public property including emergency response motor vehicles except by permission of the City Manager or his designee.

Also by adding a new Section 9.04.051 entitled "Attaching Commercial Notices to Private Property Not Allowed" which reads as follows:

9.04.051 - Attaching Commercial Notices to Private Property Not Allowed:

A.  No person shall post or attach, or directly cause to be posted or attached in any manner, any commercial handbill, poster, advertisement or notice of any kind on any private property including without limitations motor vehicles without the consent of the owner or occupant thereof.

B.  Any person who violates this section shall be subject to a fine of three hundred dollars. Each illegally posted notice, advertisement, poster or sign shall be considered a separate violation of this section, and a separate offense shall be deemed committed on each day during or on which a violation of this section occurs or continues.

C.  As an alternative to the penalty set forth in subsection B, whoever violates any provision of this section shall be penalized by a noncriminal disposition as provided for in G.L. c. 40, §21D. For purposes of this section, the following officials shall be enforcing persons: Cambridge Police Officers and designated staff of the Cambridge Department of Public Works and the Inspectional Services Department.

The noncriminal penalty for the first violation of this section shall be twenty-five dollars; for the second violation, one hundred dollars; and for the third and all subsequent violations, two hundred dollars.

In City Council May 18, 2015.
Passed to be ordained as amended by a yea and nay vote:-
Yeas 9; Nays 0; Absent 0; Present 0.
Attest:- Donna P. Lopez, City Clerk.

A true copy; *Donna P. Lopez*

ATTEST:-

Donna P. Lopez
City Clerk

MAY 2 2 2015

CERTIFIED COPY

*Donna P. Lopez*
City Clerk