# EXHIBIT

# C



The Official Website of the Attorney General of Massachusetts

# Attorney General
# Maura Healey

🏠 Home > Bureaus > Government > The Administrative Law Division

## The Administrative Law Division

The Administrative Law Division's objective is to provide the highest quality legal representation to all of the state agencies and officials it serves. The Division represents state agencies and state officials in a broad range of civil litigation. The Division defends legal challenges to state statutes and regulations, suits that challenge state policies and programs, and suits that challenge the decisions of state administrative agencies.

The Division also initiates litigation on behalf of state agencies in order to support their programs or assist their regulatory activities. The Division's cases frequently involve questions of statutory interpretation, application of constitutional principles, and claims concerning the authority or jurisdiction of state administrative agencies.

The Administrative Law Division protects the public interest by vigorously defending the Commonwealth's agencies that provide essential governmental services, programs and public benefits. These cases involve many areas of law, including the regulation of insurance, banking, public utilities, renewable energy and telecommunications; state taxation; environmental permitting; affordable housing; transportation; education; human services and public assistance programs; public health and health-care finance; professional licensure and discipline; and public-sector labor and employment. The Division also defends challenges to legislative initiatives such as expansion of health insurance access, state pension reform, consolidation of transportation agencies and increased penalties for drunk driving in Melanie's Law. In many cases, the Division seeks to preserve both needed public programs and significant public funds.

In addition, the Division represents the Commonwealth in approximately 80 appeals each year.

Helpful Links:

- Superior Court Standing Order 1-96 - Processing and Hearing Complaints for Judicial Review of Administrative Agency Proceedings

- Requirements for Service of Process in Suits against the Commonwealth: Mass. Rules of Civil Procedure 4(d)(3)

- Requirement to Notify Attorney General of Challenge to State Statutes: Mass. Rules of Civil Procedure 24(d)

**Contact Us:**

**Fax:** (617) 727-5785

**Mail:** Administrative Law Division, Office of the Attorney General, One Ashburton Place, Boston, MA 02108

**2012 Manual: Conducting Admin. Adjudicatory Proceedings**

© 2015 Commonwealth of Massachusetts.
Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Site Policies   Contact the Attorney General's Office