# EXHIBIT

# D



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

September 29, 2014

Thaila Sundaresan, Esquire
Wilmer, Cutler, Pickering,
    Hale and Dorr, LLP
60 State Street
Boston, Massachusetts 02109

    Re:   Paula F. Soto v. City of Cambridge, U.S.D.C.,
           C.A. No.13-10822-JGD

Dear Ms. Sundaresan:

     Thank you for your notice to the Attorney General of your challenge to the City of Cambridge policy on placement of leaflets and of the constitutional question that might arise concerning G.L. c. 266, § 126. Although we have determined not to intervene in this case at this time, please notify me if and when the trial court reaches this constitutional question or if the constitutional question is raised on appeal.

                                 Yours truly,

                                 William W. Porter
                                 Chief, Administrative Law Division
                                 (617) 727-2200, ext. 2976

WWP/sc
cc:   Margaret Hurley, Director
       Municipal Law Unit
       Assistant Attorney General

\\ago-fp-bos-001\DATA\Users\PORTEB\wpdocs - Adm Law\Admin Correspondence\Paula Soto.docx