EXHIBIT

E

*Nancy E. Glowa*
*City Solicitor*

*Arthur J. Goldberg*
*Deputy City Solicitor*

*Vali Buland*
*First Assistant City Solicitor*



*Assistant City Solicitors*

*Paul S. Kawai*
*Elizabeth A. Lashway*
*Samuel A. Aylesworth*
*Keplin K. U. Allwaters*

# CITY OF CAMBRIDGE

Office of the City Solicitor
795 Massachusetts Avenue
Cambridge, Massachusetts  02139

May 7, 2015

DELIVERED VIA EMAIL
AND REGULAR MAIL

Julia Ong, Esq.
WILMER CUTLER PICKERING
 HALE AND DORR, LLP
60 State Street
Boston, MA  02109

   Re: <u>Soto v. City of Cambridge</u>
      USDC C.A. No.: 13-10822

Dear Julia:

  As you know, William Porter, Chief of the Administrative Law Division of the Massachusetts Attorney General's Office requested on September 29, 2014 that you notify him "if and when the trial court reaches this constitutional question." I believe that by virtue of your having filed the motion for summary with the Court that the "constitutional question" of G.L. c. 266, § 126 has been reached. Can you please advise me in writing by Friday, May 8 that you have notified the Attorney General's Office that the constitutionality of G.L. c. 266, § 126 is now being taken up by the Court?

  Thank you.

        Sincerely,

        Samuel A. Aylesworth

Enc.