**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PAULA F. SOTO, </br></br>   Plaintiff, </br></br>v. </br></br>CITY OF CAMBRIDGE, </br></br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 1:13-cv-10822-JGD |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Chaloea Williams as counsel for Plaintiff, Paula F. Soto.

              Respectfully submitted,

              /s/*Chaloea Williams*
              Chaloea Williams (BBO # 691154)
              WILMER CUTLER PICKERING HALE
               AND DORR LLP
              60 State Street
              Boston, Massachusetts 02109
              Tel: (617) 526-6000
              Fax: (617-526-5000
              chaloea.williams@wilmerhale.com

              *Attorney for Plaintiff*

Dated:  June 5, 2015

**CERTIFICATE OF SERVICE**

       I, Chaloea Williams, hereby certify that the Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent to those indicated as non-registered participants on June 5, 2015.

                                               /s/*Chaloea Williams*
                                               Chaloea Williams (BBO # 691154)