UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA F. SOTO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CAMBRIDGE, )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO.  13-10822-JGD |

### **SCHEDULING ORDER**

Following a hearing to consider oral argument on the "Plaintiff Paula F. Soto's Motion for Summary Judgment," it is hereby ORDERED as follows:

1. The motion for summary judgment shall remain under advisement.

2. By **October 12, 2016**, the parties shall meet and confer to discuss the status of the defendant's prohibition on the distribution of noncommercial leaflets on parked vehicles located on the City's public streets.  At that time, the City shall identify any custom, policy or practice of prohibiting such leafleting activity, and the parties shall determine whether a dispute remains on that issue.

3. By **October 26, 2016**, the parties shall jointly supplement the factual record in order to describe the City's custom, policy or practice on leafleting activity, if any, and whether the City's position is contested by the plaintiff.  In addition, the parties shall indicate whether, in light of the facts, they wish to file supplemental briefs addressing whether there is a live case and controversy in this matter.  In the event the parties wish to file supplemental briefs, they shall propose a schedule for filing additional materials with the court.

|  |  |
|---|---|
|  | / s / Judith Gail Dein |
|  | Judith Gail Dein |
| Dated: September 21, 2015 | United States Magistrate Judge |