# EXHIBIT 4

# Ong, Julia

| | |
|---|---|
| **From:** | Aylesworth, Samuel <saylesworth@cambridgema.gov> |
| **Sent:** | Wednesday, October 07, 2015 9:41 AM |
| **To:** | Ong, Julia |
| **Cc:** | Prussia, Kevin S; Williams, Chaloea; MSegal@aclum.org |
| **Subject:** | RE: Soto v. City of Cambridge - conference |

Good morning Julia,

Thanks, let's hold our conference on Friday, October 16th at 10am or another time that morning if that specific time doesn't work for you.

As for the discovery requests that you've propounded, the Court's Order makes no mention of allowing such requests. Indeed, at the hearing on September 21st, Magistrate Judge Dein expressly rejected reopening discovery on this issue. Furthermore, there is no basis in the rules of civil procedure for my client to respond to these requests within six (6) days of their service.

I'm happy to discuss further at our conference next week.

Thanks,
Sam

Samuel A. Aylesworth
Assistant City Solicitor
City of Cambridge
795 Massachusetts Avenue
Cambridge, MA 02139
617-349-4121 (phone)
617-349-4134 (fax)

---

**From:** Ong, Julia [mailto:Julia.Ong@wilmerhale.com]
**Sent:** Tuesday, October 06, 2015 1:02 PM
**To:** Aylesworth, Samuel <saylesworth@cambridgema.gov>
**Cc:** Prussia, Kevin S <Kevin.Prussia@wilmerhale.com>; Williams, Chaloea <Chaloea.Williams@wilmerhale.com>; MSegal@aclum.org
**Subject:** RE: Soto v. City of Cambridge - conference

Hi Sam,

I am unavailable on October 13, but am available to confer on October 8 or 9th in the afternoon. Alternatively, I am available in the afternoon on October 15th or the morning of October 16th. Per the Court's order, please provide the City's responses to Ms. Soto's supplemental discovery requests by October 12.

Best,
Julia

**Julia Ong | WilmerHale**
60 State Street

Boston, MA 02109 USA
+1 617 526 6744 (t)
+1 617 526 5000 (f)
julia.ong@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Aylesworth, Samuel [mailto:saylesworth@cambridgema.gov]
**Sent:** Thursday, October 01, 2015 4:40 PM
**To:** Ong, Julia
**Subject:** Soto v. City of Cambridge - conference

Hi Julia,

As you know the Court required the parties to confer on Monday, October 12. However, my office is closed that day as it is Columbus Day. Can we instead hold our telephone conference on Tuesday, October 13? Shall we say 4pm?

Thanks,
Sam

Samuel A. Aylesworth
Assistant City Solicitor
City of Cambridge
795 Massachusetts Avenue
Cambridge, MA 02139
617-349-4121 (phone)
617-349-4134 (fax)