**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

PAULA F. SOTO,
     Plaintiff,


v.                                       C.A. No. 13-10822-JGD


CITY OF CAMBRIDGE,
     Defendant.
_____

## THIRD DECLARATION OF SAMUEL A. AYLESWORTH

I, SAMUEL A. AYLESWORTH, pursuant to 28 U.S.C. § 1746, hereby declare the following under penalty of perjury:

1.     I am an Assistant City Solicitor for the City of Cambridge and am counsel of record for the Defendant City of Cambridge (the "City") in this action. I am a member in good standing of the bar of Massachusetts and I am admitted to practice in the United States District Court for the District of Massachusetts. I submit this declaration in support of the City's Supplemental Statement of Facts.  I have personal knowledge of the statements contained in this declaration and, if called as a witness, would testify competently to the statements contained in this declaration.  I have personal knowledge of the statements contained in this declaration and, if called as a witness, would testify competently to the statements contained in this declaration.

2.     Attached hereto as <u>Exhibit A</u> is a true and accurate copy of an e-mail that I caused to be sent to Julia Ong, Esq. on October 22, 2015.

I, SAMUEL A. AYLESWORTH, declare under the pains and penalties of perjury that the foregoing is true and correct. Executed in Cambridge, Massachusetts on October 26, 2015.

/s/ Samuel A. Aylesworth_____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be mailed to those indicated on the NEF as non-registered participants on or before October 26, 2015.

/s/ Samuel A. Aylesworth_____