# EXHIBIT 1

**Ong, Julia**

---

| | |
|---|---|
| **From:** | Aylesworth, Samuel <saylesworth@cambridgema.gov> |
| **Sent:** | Tuesday, October 27, 2015 11:20 AM |
| **To:** | Ong, Julia; Prussia, Kevin S |
| **Subject:** | Soto v. Cambridge - Supplemental Brief Schedule |

Julie,

As you know the September 21, 2015 Scheduling Order requires the parties to notify the Court as to whether the parties are filing supplemental briefs on the case and controversy issue and a proposed briefing schedule. Obviously you've already filed a brief but you also seem to reserve further briefing in footnote 1 on page 2 of your October 9 brief. Are you going to file a supplemental brief in addition to the one you've filed already? I will be filing a status report with the Court advising it that the City will be filing a brief in response by November 30 but I would like to advise the Court on whether you'll in fact be submitting a supplemental brief or not and by what date.

Please advise.

Thanks,
Sam

Samuel A. Aylesworth
Assistant City Solicitor
City of Cambridge
795 Massachusetts Avenue
Cambridge, MA 02139
617-349-4121 (phone)
617-349-4134 (fax)