**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PAULA F. SOTO, | |
| Plaintiff, | Civil Action No. 1:13-cv-10822-JGD |
| v. | |
| CITY OF CAMBRIDGE, | |
| Defendant. | |

**PLAINTIFF PAULA F. SOTO'S REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1, Plaintiff Paula F. Soto requests a hearing on Plaintiff's Motion for Summary Judgment (Dkt. 49) and Statement Regarding Justiciability (Dkts. 94, 104). Soto believes that oral argument may assist the Court in deciding these issues. Accordingly, Soto respectfully requests a hearing.

Dated:  November 19, 2015 Respectfully submitted,

/s/ Julia M. Ong
Kevin S. Prussia (BBO# 666813)
Julia M. Ong (BBO# 685014)
Chaloea Williams (BBO# 691154)
WILMER CUTLER PICKERING
HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
kevin.prussia@wilmerhale.com
julia.ong@wilmerhale.com
chaloea.williams@wilmerhale.com

Of Counsel:

Matthew R. Segal (BBO# 654489)
AMERICAN CIVIL LIBERTIES UNION
 OF MASSACHUSETTS
211 Congress Street, 3rd Floor
Boston, MA  02110
Telephone:  617-482-3170
Facsimile:  617-451-0009
msegal@aclum.org

*Attorneys for Plaintiff Paula F. Soto*

2

**Certificate of Service**

      I, Julia M. Ong, hereby certify that PLAINTIFF PAULA F. SOTO'S REQUEST FOR ORAL ARGUMENT was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on November 19, 2015.


      /s/ Julia M. Ong
      Julia M. Ong

2